SUTHERLAND *v.* BARKER *et al.*

GILBERT, J. The caveator in this case is not an heir at law, and no such interest is shown in him as to entitle him to intervene in the proceedings to probate the will. The judge did not err in sustaining the demurrer to the caveat. *Pierce* v. *Felts,* 148 *Ga.* 195 (96 S. E. 177); *Varnedoe* v. *Cousins,* 148 *Ga.* 229 (96 S. E. 326).

*Judgment affirmed. All the Justices concur.*